

**GOLDSTEIN & WEINSTEIN**
*Attorneys at Law*
888 Grand Concourse
Bronx, New York 10451

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

David J. Goldstein                                    (718) 665-9000
Barry A. Weinstein                                    FAX (718) 665-9147

May 20, 2008

**BY FACSIMILE**

Honorable Sidney H. Stein        **MEMO ENDORSED**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                 Re:    United States v. Jose Galan
                       Dkt. No.: 08 cr 0292

Dear Judge Stein:

    I write this letter to request a three week adjournment of the Conference and motion schedule currently scheduled for Tuesday, May 27, 2008, at 4:00 p.m., for the purpose of continuing plea negotiations. In the interest of justice, the defendant consents to the exclusion of time under the Speedy Trial Act.

    I have spoken with Assistant United States Attorney, Michael D. Maimin, who has no objections to this request.

    Thank you for your consideration herein.

Respectfully submitted,

BARRY W. WEINSTEIN

*[Handwritten endorsement:]* The Conference is adjourned to June 17, 2008, at 3:30 pm. and any def. motions are due 6/17. The time is included from 5/27 until 6/17 from the Speedy Trial Act calculations. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial pursuant to 18 USC 3161(h)(8).

SO ORDERED 5/20/08

SIDNEY H. STEIN
U.S.D.J.

BAW/mg

cc:    AUSA John O'Donnell
        By Facsimile