UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :     S1 08 Cr. 292 (SHS)

       v.                        :     **WAIVER OF INDICTMENT**

JOSE A. GALAN,                   :
    a/k/a "Lyndon,"
                                 :
        Defendant.
                                 :
- - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), 841(b)(1)(C) and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

 

*[signature]*
JOSE A. GALAN
Defendant

*[signature]*
Witness

*[signature]*
BARRY A. WEINSTEIN, ESQ.
Counsel for Defendant

Date:  New York, New York
      July 3, 2008

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 3 2008