UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- ---------
UNITED STATES OF AMERICA,

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA
ALLOCUTION.

-against-

Jose GALAN

*S1*

Docket No.  08Cr.292(SHS)

Defendant.

-------------------------------------------------------

The undersigned defendant, advised by his or her undersigned attorney, consents to  a

United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed, R. Crim. P.,

for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from

not guilty to guilty.  I understand that if my plea is accepted, my sentencing will take place before the

United States District Judge who is assigned, or who is to be assigned, to my case.

I  understand that I have the absolute right to insist that all Rule 11 proceedings be

conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that

no threats or promises, or other improper inducements, have been made to cause me to consent to this

procedure, and that I do so voluntarily.

IN WITNESS WHEREOF  we have executed this consent this ____3rd____

day of ___July___, 2008 at ___New York___, New York.

x___Jose ant galan___        x_____

Defendant                                          Attorney  for  Defendant

Accepted by: _____

United States Magistrate  Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___JUL 0 3 2008___