USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
           v.                    :     ORDER
                                 :
JOSE GALAN,                      :     S1 08 Cr. 292 (SHS)
    a/k/a "Lyndon,"              :
                                 :
           Defendant.            :
- - - - - - - - - - - - - - - - X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 3, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         August 5, 2008

                                       _____
                                       HONORABLE SIDNEY H. STEIN
                                       UNITED STATES DISTRICT JUDGE